# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN    MH
(INDIVIDUAL ADJUSTMENT OF DEBTS)

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN

DEBTORS:    (H)    William A. Tickle    SS#    xxx-xx-0276

(W)    Stephanie L. Tickle    SS#    xxx-xx-7558

ADDRESS:    P.O. Box 492, Oakland, TN  38060

PLAN PAYMENT:    Debtors to pay $   HIS: $215.00   WEEKLY
Hers: $215.00   WEEKLY

PAYROLL DEDUCTION:                                        OR ( ) DIRECT PAY

BECAUSE:

FIRST PAYMENT:

ADMINISTRATIVE:    Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE:    ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT:    Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE:    If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| Wells Fargo | ongoing payment begins | July 2015 | | | $ 856.00 |
| | Approximate arrearage | $3,424.00 | Interest | 0.00% | $ 58.00 |
| First Tennessee Bank (home equity) | ongoing payment | July 2015 | | | $ 357.00 |
| | Approximate arrearage | $1,428.00 | Interest | 0.00% | $ 24.00 |

ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| US Bank (2008 Ford F150) | $  8,700.00 | 5.25% | $ 174.00 |
| Independent Bank (2009 Ford Edge) | $  3,200.00 | 5.25% | $  64.00 |
| | | | |
| | | | |

Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts. UNSECURED CREDITORS:  Pay  to be determined  % of these claims after above claims are paid; ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                                        ;
TERMINATION:  Plan shall terminate upon payment of the above, approximately  60  months.