**Dated: September 24, 2015**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

```
                UNITED STATES BANKRUPTCY COURT
                 WESTERN DISTRICT OF TENNESSEE


In Re:                                         Chapter 13
WILLIAM A TICKLE & STEPHANIE L TICKLE

Debtor(s)                                      Case No. 15-23535-E
SSN XXX-XX-0276     SSN XXX-XX-7558
```

Order Confirming Plan

It appearing to the Court that the debtor(s) has filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the Court from statements of the Chapter 13 Trustee, and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;

IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor(s)' plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

```
Debtor One Employer   DBH INDUSTRIES              $216.00 WEEKLY
Debtor Two Employer   DBH INDUSTRIES              $214.00 WEEKLY
```
If this is different from the originally proposed plan, then the Trustee is ordered to enter a separate order changing payment. Furthermore, the debtor(s)' future earnings shall remain under the exclusive control of this Court. In the event of dismissal, or conversion, funds held by the Trustee shall be paid to creditors unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under §§541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge pursuant to §1328(a), dismissal of the case, or specific order of the Court. The debtor(s) shall remain in possession of and in control of all property of the

estate not transferred to the Trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the Court.

4. An attorney fee is allowed in the amount of $3,000.00.  The attorney has receieved $20.00 to be retained.

5. Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts.  If the debtor(s) surrender(s) any real property during the pendency of this case, the real property will no longer be property of the estate and the automatic stay shall terminate regarding interests of affected real property taxing authorities.

6. The balances of any student loans shall survive discharge if the plan indicates same.

CC: Sylvia Ford Brown            /s/ Sylvia Ford Brown
JB                               Chapter 13 Trustee
    JIMMY MCELROY ATTY
    3780 S MENDENHALL #202
    MEMPHIS, TN  38115

```
                  CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)
DEBTOR(S)       WILLIAM A TICKLE                          SSN XXX-XX-0276
               :STEPHANIE L TICKLE                        SSN XXX-XX-7558
BK NUMBER       15-23535-E
               :PO BOX 492
                OAKLAND, TN   38060

PLAN PAYMENT   :(DEBTOR 1)      $216.00    WEEKLY          - Payroll Deducti
                (DEBTOR 2)      $214.00    WEEKLY          - Payroll Deducti

EMPLOYER(S)    :  DBH INDUSTRIES
                  3325 MILLBRANCH
                  MEMPHIS, TN   38116
                  DBH INDUSTRIES
                  3325 MILLBRANCH
                  MEMPHIS, TN   38116

ADMINISTRATIVE  Pay filing fee, Trustee fee, and debtor's attorney fee

                                                              MONTHLY
                                                              PLAN PYMT

AUTO INSURANCE:
   AUTO INSURANCE NOT INCLUDED


HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly

   FIRST TENNESSEE BANK NATIONAL  ongoing pmt. begin  07/01/2015      $109.50
       Approx. arrearage        $466.95  Interest     0.00%            $24.00
   WELLS FARGO BANK              ongoing pmt. begin  07/01/2015      $739.52
       Approx. arrearage       $3,100.20  Interest    0.00%            $58.00

SECURED CREDITORS:                       VALUE       INT RATE    MONTHLY
[retain lien 11 U.S.C.                                            PLAN PYMT
   U S BANK NA                       $11,829.67       5.25%         $222.00
   INDEPENDENT BANK                   $4,401.96       5.25%          $83.00

UNSECURED CREDITORS: Pay 100.00% of these claims after above claims are paid:

   FIRST TENNESSEE BANKCARD CENTE]   $2,051.00
   CHASE                               $954.00
   CHASE                             $1,091.00
   BASS & ASSOCIATES                 $1,424.57
   US BANK                           $4,479.00
   PRA RECEIVABLES MANAGEMENT LLC    $4,141.47
   [Add]
   PRA RECEIVABLES MANAGEMENT LLC    $2,199.62
   PRA RECEIVABLES MANAGEMENT LLC    $4,059.66
   PRA RECEIVABLES MANAGEMENT LLC    $4,047.59
   TARGET NATIONAL BANK              $1,841.00

TERMINATION: Plan shall terminate upon payment of the above, approximately  60
months.
```