**Dated: May 11, 2017**
**The following is SO ORDERED:**

George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IT545

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| WILLIAM A TICKLE & STEPHANIE L TICKLE | |
| Debtor(s) | Case No. 15-23535-E |
| SSN(1) XXX-XX-0276   SSN2 XXX-XX-7558 | |

ADMINISTRATIVE ORDER MODIFYING PLAN

   Comes now the Standing Chapter 13 Trustee who would show unto the Court that she has received notice that the debtor(s)' mortgage payments have been changed, and that the plan should be modified to provide for said payments.

   Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

   IT IS THEREFORE ORDERED that the ongoing mortgage payments to WELLS FARGO BANK shall be changed to $853.29 starting with the payment for June 2017. The debtor's plan payments shall be increased accordingly.

   IT IS FURTHER ORDERED that a copy of this Motion and Order be mailed to the debtor(s) and debtor(s)' attorney of record and that the debtor(s) shall be given 10 days in which to file a written application for modification of this order.  In the absense of such application, this order shall become final.

/S/ Sylvia Ford Brown
Chapter 13 Trustee
200 Jefferson Avenue, Ste. 1113
Memphis, TN  38103

```
CC:     Sylvia Ford Brown
MJ
        WILLIAM A TICKLE & STEPHANIE L TICKLE
        50 VILLAGE DR
        OAKLAND, TN  38060

        JIMMY MCELROY ATTY

        WELLS FARGO BANK
        ONE HOME CAMPUS
        MAC X2505-028
        DES MOINES, IA  50328
```