**Dated: December 13, 2017**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

```
                                                              IT545
                   UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE

In re:                                            Chapter 13
WILLIAM A TICKLE & STEPHANIE L TICKLE
Debtor(s)                                         Case No. 15-23535-E
SSN(1) XXX-XX-0276  SSN2 XXX-XX-7558
```

---
ADMINISTRATIVE ORDER MODIFYING PLAN
---

    Comes now the Standing Chapter 13 Trustee who would show unto the Court that she has received notice that the debtor(s)' mortgage payments have been changed, and that the plan should be modified to provide for said payments.

    Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

    IT IS THEREFORE ORDERED that the ongoing mortgage payments to WELLS FARGO BANK shall be changed to $880.74 starting with the payment for February 2018. The debtor's plan payments shall be increased accordingly.

    IT IS FURTHER ORDERED that a copy of this Motion and Order be mailed to the debtor(s) and debtor(s)' attorney of record and that the debtor(s) shall be given 10 days in which to file a written application for modification of this order.  In the absense of such application, this order shall become final.

    /S/ Sylvia Ford Brown
Chapter 13 Trustee
200 Jefferson Avenue, Ste. 1113
Memphis, TN  38103

```
CC:    Sylvia Ford Brown
MJ
       WILLIAM A TICKLE & STEPHANIE L TICKLE
       50 VILLAGE DR
       OAKLAND, TN  38060

       JIMMY MCELROY ATTY

       WELLS FARGO BANK
       ONE HOME CAMPUS
       MAC X2505-028
       DES MOINES, IA  50328
```